### Joseph Power vs Sloop *L'Amiable de Cap* etc.

Sep<sup>r</sup> 13th

The Court being Opened His honour the Judge pronounced his Decree Whereupon John Brown, John Banister and William Mumford Owners of the brigantine Victory whereof the s<sup>d</sup> Joseph Power is Commander, Moves to the Court for an Appeal from this Court to the Commissioners Appointed or to be appointed under the Great Seal of Great Britain for receiving hearing and determining Appeals in Causes of Prizes, Which is granted the said Joseph Power Conforming himself according to Law in such Cases made and provided. After which the Court Appointed Cap<sup>t</sup> George Wanton Cap<sup>t</sup> Jonathan Tillinghast and M<sup>r</sup> Samuel Vernon to View the Vessel With her Tackle Apparel Furniture Cargo Negros and Money Mentioned in the Libel and give the true Value and Estimate of the same to this Court on Oath as soon as possible, And that the s<sup>d</sup> Peter Simon give Security to the s<sup>d</sup> Joseph Power and Company for the s<sup>d</sup> Valuation to answer said Appeal.

Colony of Rhode Island etc. Curia Admiralitatis    At a Court of Vice Admiralty held at Newport on Wednesday the Sixth day of Oct<sup>r</sup> A. D 1742.

The Hon<sup>ble</sup> Samuel Pemberton Esq<sup>r</sup> D Judge

The Court being Opened, His Hon<sup>r</sup> the Judge, Upon the Motion of M<sup>r</sup> Read

Att<sup>ry</sup> for the Captors in the Case Cap<sup>t</sup> Joseph Power etc. against the Sloop L'Amiable de Cap and Cargo etc. that the s<sup>d</sup> Power and Company shou'd be Acquitted from paying any Cost for trying the Libel etc. in s<sup>d</sup> Case, Which his Hon<sup>r</sup> the Judge mentioned and Declared he should not nor wou'd not look to them, but to Cap<sup>t</sup> Peter Simon for the same.

### Petition of William Richardson, 1742

[Petition for the appointment of appraisers to view and appraise damage to ship and goods, granted.  (Minute Book, 1740–1743)]

### The Petition of W<sup>m</sup> Richardson

At a Court of Vice Admiralty held at Newport in the Colony afores<sup>d</sup> on Wednesday the 8th Day of Sep<sup>t</sup> A: D 1742.

Before the Hon<sup>ble</sup> Sam<sup>l</sup> Pemberton Esq<sup>r</sup> D Ju

The Court being Open the Petition read and Allowed and Ordered that Cap<sup>t</sup> Daniel Coggeshall Matthew Borden and John Beard are Appointed to View and Appraise the Damage of the Ship and Goods mentioned in the Petition and make their return as soon as conveniently can be done and the other Pt of the Pet<sup>n</sup> to be referred to a farther time.